E-filing

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

ADR

LYMAN SIDNEY SHREEVE, JR.

*Plaintiff*

v.

Capital One, N.A., Successor in Interest to Chevy Chase Bank, F.S.B. et al

*Defendant*

Civil Action No. C12-02293 NC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Capital One, N.A.
1680 Capital One Drive
Suite1400
McLean, Virginia, 22102.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LYMAN SIDNEY SHREEVE, JR.
Pro Se Plaintiff
2852 Mission Lane
Livermore, California 94550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

CYNTHIA LENAHAN

*Signature of Clerk or Deputy Clerk*

Date: MAY - 8 2012