United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYMAN SIDNEY SHREEVE, JR.,** | Case No.: 12-CV-02293 YGR |
| Plaintiff(s), | **ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| **CAPITAL ONE N.A.** *et al.*, | |
| Defendant(s). | |

On June 5, 2012, Defendant filed a Motion to Dismiss. Dkt. No. 13. Plaintiff's opposition was due on June 22, 2012. *See* Civ. L.R. 7-3(a).

To date, Plaintiff has failed to oppose the Motion. <u>Plaintiff shall file an opposition to the Motion to Dismiss no later than July 25, 2012. Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute.</u> Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

**IT IS SO ORDERED.**

Dated: July 10, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**